THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTALS UP IN SMOKE INC., d/b/a UP IN SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-627<br>1:23-cv-634<br>1:23-cv-635<br>1:23-cv-636<br>1:23-cv-638<br>1:23-cv-639<br>1:23-cv-641<br>1:23-cv-648<br>1:23-cv-671<br>1:23-cv-672<br>1:23-cv-673<br>1:23-cv-674<br>1:23-cv-677<br>1:23-cv-708<br>1:23-cv-748<br>1:24-cv-451<br>1:24-cv-553<br>1:25-cv-163<br>2:23-cv-3234<br>2:23-cv-3578<br>2:23-cv-3601<br>2:23-cv-3604<br>2:23-cv-3606<br>2:23-cv-3760<br>2:23-cv-3782<br>2:23-cv-3786<br>2:23-cv-3811<br>2:23-cv-3928<br>2:23-cv-3931<br>3:23-cv-294<br>3:23-cv-307<br>3:23-cv-317<br>3:23-cv-324<br>3:23-cv-325<br>3:23-cv-328<br>3:23-cv-336 |

3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ORDER DIRECTING PARTIES TO CONTINUE TO ENGAGE IN GOOD-FAITH SETTLEMENT NEGOTIATIONS AND COUNSEL FOR PLAINTIFF GS HOLISTIC, LLC, EITHER SOLELY OR JOINTLY WITH DEFENSE COUNSEL, TO NOTIFY THE COURT ON THE STATUS OF EACH CAPTIONED CASE, INCLUDING ANY PROGRESS ON SETTLEMENT NEGOTIATIONS, NO LATER THAN 5:00 P.M. EST ON JANUARY 29, 2026; OMNIBUS SCHEDULING AND STATUS CONFERENCE SET FOR 4:30 P.M. ON FEBRUARY 2, 2026, REMAINS IN EFFECT

---

On January 5, 2026, counsel for Plaintiff GS Holistic, LLC provided a status report listing all outstanding cases involving alleged infringement of Plaintiff's trademarks. (Case No. 1:23-cv-627, Doc. #32). The captioned cases are currently set for scheduling and status conference on February 2, 2026, at 4:30 p.m. EST, via Zoom. As part of its inherent authority to manage its dockets, the Court ORDERS the parties to continue to engage in good-faith settlement negotiations prior to the February 2 conference, and for counsel for Plaintiff—either solely or with counsel for Defendants—to provide brief (at most one-paragraph) status updates on **each** of the captioned cases, including any progress on settlement negotiations, no later than **5:00 p.m. EST on Thursday, January 29, 2026**. The captions in the update filings should list only the parties to that particular case, and each update should

pertain only to the particular case. The February 2, 2026, conference remains in effect and unchanged.[1]

**IT IS SO ORDERED.**

January 8, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

[1] In the January 5, 2026, status updates, Plaintiff listed Case No. 2:23-cv-3231 as active (Case No. 1:23-cv-627, Doc. #32, PAGEID 138), even though a settlement was reached and the Court terminated the case on November 24, 2025. (Order of Dismissal, Case No. 2:23-cv-3231, Doc. #48). Also, Plaintiff did not list Case No. 1:23-cv-708 as active, even though the docket reflects that the case is active and ongoing. The parties shall explain these discrepancies no later than the status reports due January 29, 2026.