**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DIVISION AT DAYTON**

Case No. 3:23-cv-00324

GS HOLISTIC, LLC,

Plaintiff,

vs.

Fairborn I Smoke, LLC et al.,

Defendants.

_______________________________________ /

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendant Fairborn I Smoke LLC, and in support thereof states as follows: On July 13, 2026, the Court entered an Order requiring Defendant, Fairborn I Smoke LLC, to retain counsel and for said counsel to enter an appearance within fourteen (14) days of entry; failure to do so will result in the clerk of this court entering default against Fairborn I Smoke LLC. [DE 55]. Defendant, Fairborn I Smoke LLC, as of the date of this Motion, has failed retain new counsel. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend. WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendant, Fairborn I Smoke LLC and any other relief this Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 16, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for the Plaintiff*